**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 9:17-CR-30-RC-KFG |
| KRISTY MARIE NASH (4) | § § | |

# ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred Defendant Kristy Marie Nash's Motion for Compassionate Release (Doc. #219) to the Honorable Keith Giblin, United States Magistrate Judge, for consideration. On August 24, 2020, Judge Giblin issued a Report and Recommendation in which he recommended that the Court deny the Defendant's Motion for Compassionate Release (Doc. #222). To date, the Defendant has not filed an objection to the report. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court conducted a *de novo* review of the magistrate judge's report and the record in this cause. The Court agrees with Judge Giblin's recommended disposition.

The Court therefore **ORDERS** that the Report and Recommendation (Doc. #222) is **ACCEPTED**. Defendant Kristy Marie Nash's Motion for Compassionate Release (Doc. #219) is **DENIED**.

So ORDERED and SIGNED, Sep 16, 2020.

Ron Clark
Senior Judge